IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN E. JACKS, | ) | CASE NO. 4:19CV2689 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| CITY OF YOUNGSTOWN, | ) | |
| *et al*., | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

For the reasons stated in the contemporaneously filed Memorandum Opinion and Order issued by this Court on August 2, 2021, the Court GRANTS Defendant's Motion for Summary Judgment on Jacks's federal claims and dismisses Jacks's state law claims without prejudice. Doc. 37.  This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated:  August 2, 2021

*/s/Kathleen B. Burke*
Kathleen B. Burke
United States Magistrate Judge